

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00815-CV

**IN RE** Antonio E. **MERCADO** and Nancy L. Mercado

Original Proceeding[1]

PER CURIAM

Sitting:         Rebeca C. Martinez, Chief Justice
                   Lori Massey Brissette, Justice
                   Velia J. Meza, Justice

Delivered and Filed: December 31, 2025

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR STAY DENIED AS MOOT

Relators filed their petition for writ of mandamus on December 16, 2025, and an emergency motion for stay on December 17, 2025. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the

[1]This proceeding arises out of Cause No. DC-25-34, styled *Antonio E. Mercado and Nancy L. Mercado v. Epic Crude Pipeline, LP, et al*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.

petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion

for stay is **DENIED AS MOOT**.

PER CURIAM